## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| First Franklin Financial Corp., | Civil No. 07-1702 (RHK/AJB) |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Liberty National Mortgage, Inc., et al., | |
| Defendants. | |

Based upon the Stipulation for Dismissal With Prejudice entered into by Plaintiff First Franklin Financial Corporation and Defendants Larry Miller, William Lindblade and Lindblade Appraisal, Inc. (Doc. No. 84), **IT IS ORDERED** that Plaintiff's claims against Defendants Larry Miller, William Lindblade and Lindblade Appraisal, Inc. are hereby **DISMISSED WITH PREJUDICE** and without any costs to the parties hereto.

Dated: December 11, 2007

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge