**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| First Franklin Financial Corp., | Civil No. 07-1702 (RHK/AJB) |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Liberty National Mortgage, Inc., et al., | |
| Defendants. | |

Based upon the Stipulation for Dismissal With Prejudice entered into by Plaintiff First Franklin Financial Corporation and Defendants Christopher Vasecka and Forsythe Appraisals, LLC. (Doc. No. 86), and upon the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT:** Plaintiff's claims against Defendants Christopher Vasecka and Forsythe Appraisals, LLC have been resolved, and may be dismissed, in their entirety, with prejudice and without costs to any party;

Dated:  December 18, 2007

                                                                                s/Richard H. Kyle
                                                                                RICHARD H. KYLE
                                                                                United States District Judge