**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| First Franklin Financial Corp., | Civil No. 07-1702 (RHK/AJB) |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |
| Liberty National Mortgage, Inc., et al., | |
| Defendants. | |

Based upon the Stipulation for Dismissal Without Prejudice entered into by Plaintiff First Franklin Financial Corporation and Defendant Liberty National Mortgage, Inc. (Doc. No. 87), and upon the files, records, and proceedings herein,

**IT IS HEREBY ORDERED:** That Plaintiff's claims against Defendant Liberty National Mortgage, Inc. are hereby dismissed without prejudice, without any costs to the parties hereto.

Dated: December 18, 2007

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge